| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Barksdale, Rhesa H | 2. Court or Organization U. S. Ct. of Apps, 5th Circuit | 3. Date of Report 6/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Circuit Judge (Active) | 5. Report Type (check appropriate type) ○ Nomination, Date ● Initial ◉ Annual ○ Final | 6. Reporting Period /1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 245 E. Capitol Street Room 200 Jackson, Mississippi 39 201 | 8. On the basis of the information contained in this Report and any modifications pertain thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE. 2005 JUN 20 A 10: 41 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amounts not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2004 | The Everyday Gourmet, Inc. - part time sales |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. University of Alabama Law School | 03/16-17 - Moot Court Competition ; Tuscaloosa, AL; lodging/food/transportation |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Commercial Bank | Loan | K |
| 2. | MBNA | Credit Card | None |
| 3. | Chase | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Executive Oaks, Ltd. (See Section VIII) | | None | | | Foreclosure | 03/03 | | | |
| 4. Pecan Lane Apts. Ltd. (See Section VIII) | A | Distribution | J | R | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. UBS Fin. Srv. Resource Mgmt. Acct. (See Section VIII) | A | Dividend | J | T | | | | | |
| 8. RHB IRA:UBS Fin. Srv. Rtrmnt Mny Fd. (See Section VIII) | A | Dividend | J | T | | | | | |
| 9. RHB IRA: Amer. Fds Growth Fund of Amer. Mut. Fund Cl A | A | Dividend | K | T | | | | | |
| 10. Time Warner Inc. Cmn. Stk. | | None | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. AIM Sel. Equity Fund Cl A | | None | | | Sell | 03/01 | J | A | |
| 13. Amer. Fds Growth Fund of Amer. Mut. Fund Cl A | A | Dividend | K | T | | | | | |
| 14. RHB IRA: Time Warner, Inc. Cmn. Stk. | | None | L | T | | | | | |
| 15. Pickwick Group, L.P. | | None | M | T | | | | | |
| 16. | | | | | | | | | |
| 17. ▮▮ IRA: UBS Fin. Srv. Rtmnt Mny Fund (See Section VIII) | A | Dividend | J | T | | | | | |
| 18. ▮▮ IRA: Aim Blue Chip Fund Cl B | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P3 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-K) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. Amer. Fds Inc. Fund of America Cl A | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. UBS Global Equity Fund Cl B | | None | J | T | | | | | |
| 25. RHB IRA: UBS Global Equity Fd Cl B | | None | J | T | | | | | |
| 26. ▇ IRA: Amer. Fds Growth Fun of Amer. Mut. Fd Cl A | A | Dividend | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. Eden Bioscience Cmn Stk | | None | J | T | | | | | |
| 30. RHB IRA: Aim Select Equity Fund Cl B | | None | | | Sell | 03/01 | J | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Eden Bioscience Cmn Stk. | | None | J | T | | | | | |
| 34. ▇ IRA: Time Warner, Inc. Cmn Stk. | | None | J | T | | | | | |
| 35. | | | | | | | | | |
| 36. ▇ IRA: Aim Select Equity Fund Cl B | | None | | | Sell | 03/01 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 4

Name of Person Reporting

Barksdale, Rhesa H

Date of Report

6/15/2005

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | | | | | |
| 38. UBS Fin. Srv Resource Mgmt Acct. (See Section VII ) | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. RHB IRA: Aim Basic Value Fund Cl B | | None | J | T | | | | | |
| 44. ▓IRA: Aim Basic Value Fund Cl B | | None | J | T | Buy | 03/01 | J | | |
| 45. Amer. Fds Balanced Fund Cl A | C | Dividend | L | T | | | | | |
| 46. Amer. Fds Capital Inc. Builders Fund Cl A | C | Dividend | K | T | Sell | 03/01 | K | B | |
| 47. Amer. Fds Inc. Fund of America Cl A | C | Dividend | L | T | | | | | |
| 48. First Commercial Bank Cmn Stk | | None | K | T | | | | | |
| 49. RHB IRA: Aim Capital Dev. Fd Cl B | A | Dividend | J | T | Buy | 03/01 | J | | |
| 50. AIM Capital Dev. Fd Cl A | B | Dividend | J | T | Buy | 03/01 | J | | |
| 51. Amer. Fds Capital World Gwth & Inc. Fd Cl A | B | Dividend | K | T | Buy | 03/01 | K | | |
| 52. MetLife Variable Flexible Life Ins. (See Section VIII) | | None | L | T | | | | | |
| 53. - Zenith Equity | | | | | | | | | |
| 54. - MetLife Stock Index | | | | | | | | | |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $6,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$6,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (includi trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merge, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - MFS Total Return | | | | | | | | | |
| 56. - Fidelity VIP Eq Inc | | | | | | | | | |
| 57. - SSR LG Cap GR | | | | | | | | | |
| 58. MassMutual Flexible Variable Life Ins. | | None | J | T | Buy | 12/21 | J | | |
| 59. - MML Equity | | | | | | | | | |
| 60. - Oppenheimer Global Securities | | | | | | | | | |
| 61. - Fidelity VIP Contrafund | | | | | | | | | |
| 62. - T. Rowe Price Equity Income | | | | | | | | | |
| 63. - American Funds Growth Income | | | | | | | | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part of Report.)

Continuation of Section VII:

Executive Oaks, Ltd. - Two office buildings; Jackson, Mississippi; 1985; $25,000; was limited partner

Pecan Lane Apartments, Ltd. - Inverness, Mississippi; 1984; $13,980

"RHB IRA" - Rhesa H. Barksdale IRA with UBS Financial Services; Jackson, Mississippi

"████ IRA" - ███████████ IRA with UBS Financial Services; Jackson, Mississippi

MetLife policy date is 08/28/97; not aware previously of any need to report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa [redacted]                                    Date _15 June 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544